JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOSCANOVA, L.P., et al.,<br><br>　　　　　　Defendants. | Case No.  CV 19-8396-GW-MAAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: June 29, 2020

　　　　　　　　　　　　　　　　_____George H. Wu_____
　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE